IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal Case No. **3:05-CR-113-L(03)** |
| | § | |
| **CLYDE DALE EVANS** | § | |
| | § | |

## ORDER

On October 28, 2018, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 290) were entered in this case, recommending that the court deny the Defendant's Rule 60(b)(6) Motion for Reconsideration (Doc. 288) in which Defendant requests that the court reconsider its denial of his prior motion to reduce his sentence under 18 U.S.C. § 3582. No objections to the Report were filed, although Defendant was granted an extension to December 17, 2018, to file objections.

After considering the motion, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's Rule 60(b)(6) Motion for Reconsideration (Doc. 288).

**It is so ordered** this 14th day of January, 2019.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**